# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Robert G. Pleasant, Alvara Carrillo, and Roberto Solis,

    Plaintiffs

v.

State Farm Fire & Casualty Company, et al.,

    Defendants

Case No.: 2:16-cv-01977-JAD-PAL

**Order Granting Motions for Partial Summary Judgment**

[ECF Nos. 36, 37, 38]

In this insurance-coverage case, the plaintiffs contend that State Farm Fire & Casualty Company breached its obligations under their automobile insurance policy and Nevada law by failing to promptly and fully compensate them for injuries they sustained in a 2014 hit-and-run accident.[1] Discovery has closed.[2] State Farm now seeks summary judgment on the plaintiffs' extra-contractual claims for unfair claims practices and tortious breach of the covenant of good faith and fair dealing, and on their prayers for punitive damages and attorney's fees. The plaintiffs filed a non-opposition to those motions and ask the court to "grant Defendant's motions in full and enter judgment in Defendant's favor on the second and third causes of action, as well as to the issues of attorney's fees as damages and on punitive damages." Because I find that State Farm has met its burden to obtain summary judgment on these claims and issues, and the plaintiffs agree that there are no genuine issues of fact to support these claims and damages theories and that judgment as a matter of law should be granted on these matters,

---

[1] ECF No. 17 (Amended Complaint).

[2] ECF No. 35 (discovery deadline 4/16/18).

IT IS HEREBY ORDERED that State Farm's Motions for Partial Summary Judgment **[ECF Nos. 36, 37, 38] are GRANTED. Summary judgment is entered on plaintiffs' second and third causes of action, its prayer for attorney's fees as damages, and its prayer for punitive damages. This case will proceed on plaintiff's breach-of-contract claim only.**

IT IS FURTHER ORDERED that this matter is **REFERRED to the Magistrate Judge for a mandatory settlement conference.**

Dated: June 26, 2018

_____
U.S. District Judge Jennifer A. Dorsey