AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Plaintiff
Robert G Pleasant

          Plaintiff,

v.

State Farm Fire and Casualty Company

          Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:16-cv-01977-JAD-BNW

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is hereby entered awarding Attorney Fees in favor of State Farm in the amount of $106,140.00.

8/7/2020
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk